# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**INNOVIANT PHARMACY, INC.**
*f/k/a* Workers Comp Rx, Inc

                **V.**                **CASE NUMBER: 5:05-CV-470(DEP)**

MAX MORGANSTERN


**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Plaintiff against Defendant MAX MORGANSTERN pursuant to the Stipulation and Order of the Hon. David E. Peebles dated June 15, 2005.


DATED:     <u>June 16, 2005</u>

                                                           Clerk of Court

LKB:lmp